```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 2-4-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,                    :
                                             :
                                  **Plaintiff,**    :
                                             :   20-CR-660 (ALC)
     -against-                              :
                                             :   **ORDER**
ABDURAMAN ISENI et al ,                      :
                                             :
                               **Defendant.**   :
                                             :
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

     A Telephone Status Conference is set for **February 11, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
              February 4, 2021

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**