UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

ABDURAMAN ISENI,

                    Defendant.

------------------------------------------------------------- x

20-CR-660 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Change of Plea Hearing is set for **October 12, 2021** at **9:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            October 7, 2021

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**