LAW OFFICES OF

**JEFFREY LICHTMAN**

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

JASON GOLDMAN

PH: (212) 581-1001

FX: (212) 581-4999

January 31, 2022

**BY ECF**

Hon. Andrew L. Carter
United States District Judge
40 Foley Square
New York, New York 10007

Re: **United States v. Iseni, et al., 20 CR 660 (ALC)**

Dear Judge Carter:

I am writing on behalf of defendant Abduraman Iseni to respectfully request an adjournment of the defendant's February 24, 2022 sentencing as I will be out of the state on pre-arranged travel during the presently scheduled date. Additionally, I have only just received a completed HIPAA waiver from the defendant to secure his medical records for use in his sentencing submission and I anticipate that it will take some time for the MDC and his other medical providers to comply with my requests for these materials. The government, by AUSA David Felton, has no objection to this request and both parties are available on March 10, 14, 15 and 16 for the defendant's rescheduled sentencing, the Court's calendar permitting.

Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

The application is **GRANTED**. Sentencing adjourned to March 10, 2022 at 11:00 a.m.

So Ordered.

cc:    All counsel (by ECF)

2/17/22