**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/17/22__

LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

February 17, 2022

**BY ECF**
Hon. Andrew L. Carter
United States District Judge
40 Foley Square
New York, New York 10007

Re: **United States v. Iseni, et al., 20 CR 660 (ALC)**

Dear Judge Carter:

    I am writing on behalf of defendant Abduraman Iseni to respectfully request an adjournment of the defendant's March 10, 2022 sentencing to March 31, 2022 at 3:30 p.m., a date which I am informed by Your Honor's courtroom deputy is convenient for the Court, and for which the government is also available. To briefly explain, some time after my submission of the HIPAA release and request to the MDC for the defendant's medical records, as outlined in my January 31, 2022 Letter to the Court, I was informed that a subpoena would also be required by the Bureau of Prisons in order for them to produce these materials. A subpoena has now been served on the MDC, but I do not anticipate that the records I have requested will be returned to me in time for them to be utilized in the defendant's sentencing submission, as relevant pursuant to 18 U.S.C. § 3553(a).

    Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
2/17/22

cc:    All counsel (by ECF)