**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2023

<u>VIA ECF</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/4/23
```

  Re: *United States v. Abduraman Iseni, et al.*, 20 Cr. 660 (ALC)

Dear Judge Carter:

  The Government, after conferring with and receiving the consent of and no objections from defense counsel, respectfully writes to provide the Court with a joint status report in the above-referenced case.

  The Government respectfully requests that the Court adjourn the conference date from January 5, 2023 at 3:30 p.m. as currently scheduled, for approximately 30 days, by which time the Government expects it will have a better understanding of which defendants, if any, will proceed to trial. The Government has informed defense counsel for the remaining defendants of this proposed approach; no such defense attorney has objected.

  The Government also respectfully applies to the Court to exclude time to the newly scheduled date, in the interests of justice, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161, because such an exclusion is appropriate given the large number of defendants and voluminous discovery productions, and is necessary to allow defense counsel the reasonable time necessary for effective preparation for any trial and to discuss with the Government potential pre-trial dispositions. The Government has also asked defense counsel their position on the exclusion of time; no defense attorney has objected.

The Government is available to answer any questions the Court may have.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Samuel Raymond / David R. Felton
Assistant United States Attorneys
(212) 637-6519 / -2299

cc: All Defense Counsel (by ECF)

The application is **GRANTED**.  The 1/5/23 status conference is adjourned to 2/9/23 at 12:30 p.m.  Time excluded from 1/5/23 to 2/9/23 in the interest of justice.
So Ordered.

1/4/23