USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-30-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

UNITED STATES OF AMERICA

    -v.-

ABDURAMAN ISENI,
    a/k/a "Diamond,"

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

**FINAL ORDER OF FORFEITURE**

20 Cr. 660 (ALC)

WHEREAS, on or about April 21, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 222), which ordered the forfeiture to the United States of all right, title and interest of ABDURAMAN ISENI, a/k/a "Diamond," (the "Defendant") in the following property:

    i.    $267,758.63 in United States currency seized from JP Morgan Chase account number 280160018, held in the name of "RJM CHELSEA ROAD LLC" on or about January 15, 2021,

(the "Specific Property");

WHEREAS, the Consent Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Consent Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on February 15, 2023, for thirty (30) consecutive days, through March 16, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on June 21, 2023 (D.E. 445);

WHEREAS, on or about February 10, 2021, Melsa Skrapalliu (the "Petitioner") advised the Government of her interest in the Specific Property;

WHEREAS, on or about June 14, 2023, the Court entered a Stipulation and Order (D.E. 444), wherein the Government agreed to return $87,758.63 of the Specific Property to the Petitioner and the Petitioner agreed to withdraw any claim to the remaining $180,000 of the Specific Property (the "Forfeitable Funds");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no other petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Petitioner are the only persons and/or entities known by the Government to have a potential interest in the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Funds is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Funds.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeitable Funds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
      June 30, 2023

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE

3